UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AT&T CORP., | ) | Civil Action No. 1:03-cv-11377 RCL |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT G. STOCKARD and | ) | |
| RICHARD E. CLARK, | ) | |
|       Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO STRIKE THE SO-CALLED "EXHIBIT A" TO DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, AT&T Corp. ("AT&T"), hereby moves pursuant to L.R. 7.1 for leave to strike the so-called "Exhibit A" to Defendants' Reply in Further Support of Their Motion for Summary Judgment -- which is *a separate 46-page pleading* entitled "Defendants' Response to Plaintiff's Counterstatement of Corrected Statement of Material Undisputed Facts and Legal Arguments" -- because it violates the *seven-page reply limit* ordered by this Court on February 4, 2005 and L.R. 7.1(B)(3), and otherwise creates an unwarranted temporal, procedural, administrative and financial burden upon this Court and AT&T.  In further support of the present motion (the "Motion to Strike"), AT&T states as follows:

      1.      On December 20, 2004, Defendants filed and served their Motion for Summary Judgment and various affidavits and documents in support thereof.  *See* Docket Entries Nos. 46, 49 and 53.

      2.      On January 18, 2005, AT&T filed and served its Opposition to the Defendants' Motion for Summary Judgment and various counter-affidavits and documents in support thereof (the "Opposition Papers").  *See* Docket Entries Nos. 61-67 and 69.

3.      On January 28, 2005, Defendants filed their Motion for Leave to File Reply in Further Support of Motion for Summary Judgment (the "Reply Motion"), a true and accurate copy of which is appended hereto as Exhibit A. Through the Reply Motion, Defendants merely requested leave to reply to certain factual and legal issues raised in the Opposition Papers. *See* Exhibit A. Nowhere in the Reply Motion did Defendants: a) request a specific page limit for their reply; b) request leave to file extensive exhibits or appendices to the reply; or c) move to file an additional pleading in connection therewith. *See* Id.

4.      On February 2, 2005, Defendants filed their Response to Plaintiff's Pleading Concerning Defendants' Motion for Leave to File Reply in Further Support of Motion for Summary Judgment (the "Response"), a true and accurate copy of which is appended hereto as Exhibit B.[1] Again, nowhere in the Response did Defendants: a) request a specific page limit for their reply; b) request leave to file extensive exhibits or appendices to the reply; or c) move to file an additional pleading in connection therewith. *See* Id. To the contrary, Defendants expressly represented to the Court that they "believe that there are several important matters that warrant the preparation of a *short reply*." (Emphasis added). *See* Exhibit B.

5.      Thereafter, on February 4, 2005, this Court issued an order as to the Reply Motion (the "Order"). A true and accurate copy of the ECF notice concerning the Order is appended hereto as Exhibit D. In the Order, the Court clearly and unambiguously stated, among other things, that Defendants' reply memorandum was "(*not to exceed seven pages*)." (Emphasis added). *See* Exhibit D.

6.      Defendants did not move the Court to reconsider the page limit established by the Order, or any other facet of the Order.

---

[1] Please note, the Response addresses a pleading filed by AT&T that has no present importance. Should, however, the Court care to review the addressed pleading, AT&T has attached a true and accurate copy of the pleading hereto as Exhibit C.

2

7. On February 14, 2005, Defendants filed their Reply in Further Support of Their Motion for Summary Judgment (the "Reply").[2] The body of the Reply totaled seven pages. Defendants elected to use the majority of the seven-page reply limit in a failed attempt to undermine AT&T's Opposition Paper's legal arguments.

8. In a transparent attempt to circumvent the Order and Local Rule 7.1(B)(3) -- which Local Rule requires that leave be granted before additional papers are filed with the Court -- Defendants attached a separate 46-page pleading to the Reply entitled "Defendants' Response to Plaintiff's Counterstatement of Corrected Statement of Material Undisputed Facts and Legal Arguments."

9. The additional 46-page pleading unnecessarily: a) reasserts in highlighted form those facts which Defendants believe remain undisputed; and, most troublesome, b) makes additional substantive factual arguments[3] throughout.

10. The additional 46-page pleading is a new pleading to which AT&T must respond, thereby slowing this action's progress, delaying the Court's resolution of the summary judgment phase and forcing AT&T to incur undue cost in addressing both novel factual arguments and clarifying the remainder of Defendants' obviously stilted presentation.[4]

11. The Court's Order could not have been any clearer: Defendants had seven pages to address those issues in the Opposition Papers they felt warranted written reply -- whether they be factual or legal. No reasonable or good-faith interpretation of the Order would allow Defendants to believe they could file a seven-page Reply and an additional 46-page pleading as an exhibit thereto.

---

[2] AT&T has not appended the Reply hereto due to its length. Should the Court care to review the Reply, AT&T respectfully refers the Court to Docket Entry No. 73.

[3] Defendants' attempt to minimize their flagrant disregard for the Order by pleading such additional arguments in single-spaced form.

[4] Please note, AT&T has filed in conjunction herewith a Motion for Leave to File Sur-Reply, which requests leave to file a sur-reply to the Reply regardless of the Court's ruling as to the Motion to Strike.

12. Defendants violated the Court Order and L.R. 7.1(B)(3), and should suffer a proper consequence for their actions.

WHEREFORE, AT&T respectfully requests that this Court grant AT&T's Motion to Strike, and strike the so-called "Exhibit A" to the Reply with prejudice.

          Respectfully submitted,

AT&T CORP.,
By its attorneys,


/s/ Thomas T. Reith
Lawrence G. Green, BBO #209060
Thomas T. Reith, BBO #648671
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108
Telephone: (617) 854-4000

Dated: February 17 , 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), I, Thomas T. Reith, hereby certify that prior to filing the Motion to Strike I attempted to confer with Defendants' counsel in a good faith attempt to resolve or narrow the issues raised thereby.  Opposing counsel has expressed their intention to oppose the Motion to Strike.

/s/ Thomas T. Reith

## CERTIFICATE OF SERVICE

I, Thomas T. Reith, hereby certify that on this 16th day of February 2005, a true and accurate copy of the above document was served upon the attorney of record for each other party electronically, as evidenced by the Notice of Electronic filing of the same date.

/s/ Thomas T. Reith